**FILED**

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>ROTANYA L. WEST,<br><br>　　　　　　　Defendant(s).<br>_____/ | No. CR-05-00233 CW (WDB)<br><br>**REPORT AND RECOMMENDATION** |

On October 19, 2005, pursuant to the parties' agreement, I conducted the Rule 11 proceeding in this matter. I am fully satisfied that it is appropriate to enter the defendant's guilty plea on Counts 120, 121, 122, 123, 124 and 125 of the Indictment and I therefore RECOMMEND that Judge Wilken do so.

IT IS SO REPORTED AND RECOMMENDED.

Dated: 10-19-05

　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:
Parties of Record via ECF;  Sheilah;  WDB's Stats;  Probation

G:\WDBIVY\CRORDERS\R&R for Guilty Plea.CW