IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROTANYA L. WEST,<br><br>    Defendant.<br>_____/ | No.05-00233-01 CW<br><br><u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u> RE GUILTY PLEA |

    The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect.  Accordingly,

    IT IS ORDERED that a plea of guilty accepted and is hereby entered as to Counts 120, 121, 122, 123, 124 and 125 of the indictment charging Defendant Rotanya L. West with violation of 18 U.S.C. § 287, filing false claims for refunds of income taxes. Sentencing is set for January 23, 2006 at 2:30 p.m.  The Defendant shall report to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 10/27/05

                                                               _____<br>                                                               CLAUDIA WILKEN<br>                                                               United States District Judge

cc: WDB; U.S. Probation