1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  ROTANYA WEST

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11
                                              )
12  UNITED STATES OF AMERICA,                  )   Criminal No. CR 05-00233-1 CW
                                              )
13           Plaintiff,                        )   **STIPULATION AND**
                                              )   **[PROPOSED] ORDER TO**
14       v.                                    )   **CONTINUE JANUARY 23, 2006**
                                              )   **SENTENCING DATE**
15  ROTANYA WEST                               )
                                              )
16           Defendant.                        )
    _____)
17

18       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

19  David L. Denier, counsel for the plaintiff United States of America, and John M. Runfola,

20  counsel for the defendant Rotanya West, that the sentencing hearing in this Court scheduled

21  for January 23, 2006 at 2:30 p.m., is extended until March 6, 2006 at 2:30 p.m., or as soon

22  thereafter as is convenient for the Court.

23       Ms. West has an extensive criminal record and counsel for the defense requests

24  additional time to obtain old records regarding her prior convictions to address in a

25  sentencing memorandum.

26       No parties objects to the requested continuance.

27  //

28  //

**IT IS SO STIPULATED.**

Dated:   01/19/06                              /s/
                                               JOHN M. RUNFOLA
                                               Counsel for Rotanya West

Dated:   01/19/06                              /s/
                                               DAVID L. DENIER
                                               Assistant United States Attorney

**IT IS SO ORDERED**

Dated:   1/20/06
                                               HON. JUDGE CLAUDIA WILKEN
                                               United States District Court Judge



- 2 -