1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  ROTANYA WEST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 05-00233-1 CW |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO MODIFY BOND** |
| v. ) | |
| ROTANYA WEST ) | |
| Defendant. ) | |

BY STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING it is hereby ordered that the $100,000 bond secured by $50,000 equity in property located at 6464 Briartree Way, Citrus Heights, California 95621 by Deed No. 200504221687 and a $50,000 unsecured appearance bond is converted to a $100,000 unsecured bond.

**IT IS SO ORDERED**

Dated:  April 6, 2006

_____
HON. JUDGE WAYNE D. BRAZIL
United States District Court Judge

Approved as to form _____/s/_____
                    A.U.S.A. Denier