JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant

ROTANYA WEST

**FILED**
JUN 1 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROTANYA WEST<br><br>Defendant. | Criminal No. CR 05-00233 CW<br><br>[PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE OF JUNE 16, 2006 |

GOOD CAUSE APPEARING, it is hereby ordered that the self surrender date of Ms. West be extended until October 16, 2006.

**IT IS SO ORDERED**

Dated: 6-16-06

For HON. JUDGE CLAUDIA WILKEN
United States District Court Judge

- 1 -