1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  ROTANYA WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 05-00233 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF SURRENDER DATE OF OCTOBER 16, 2006** |
| v. | |
| ROTANYA WEST | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Denier, counsel for the plaintiff United States of America, and John M. Runfola, counsel for the defendant Rotanya West, that the self surrender date of October 16, 2006 at 2:00 p.m. is extended until November 14, 2006.

No parties objects to the requested continuance.

**IT IS SO STIPULATED.**

Dated:   10/24/2006                       /s/
                                          JOHN M. RUNFOLA
                                          Counsel for Rotanya West


Dated:   10/24/2006                       _____
                                          DAVID DENIER
                                          Assistant United States Attorney

- 2 -

1
2  **IT IS SO ORDERED**
3  Dated: 10/25/06  _____
4                                            HON. JUDGE CLAUDIA WILKEN
                                          United States District Court Judge